```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 21440
   JACQUELINE RAE SMITH
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-1278


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/15/2008 and was not confirmed.

     The case was dismissed without confirmation 12/01/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00           .00           .00
WASHINGTON MUTUAL         CURRENT MORTG         .00           .00           .00
DISCOVER CARD             SECURED          14391.00           .00           .00
WASHINGTON MUTUAL         MORTGAGE NOTI NOT FILED            .00           .00
WASHINGTON MUTUAL         MORTGAGE ARRE   16056.00           .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE  100000.00           .00           .00
PIERCE & ASSOCIATES       MORTGAGE NOTI NOT FILED            .00           .00
111 E CHESTNUT CONDO ASS  SECURED NOT I   12938.00           .00           .00
PRO SE DEBTOR             DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                      2,100.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,100.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    2,100.00
                         --------------        --------------
TOTALS                    2,100.00               2,100.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 21440 JACQUELINE RAE SMITH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/09/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |